UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES R. WELDEN, as personal representative for the estate of JAMES W. WELDEN, SR., and the estate of JAMES W. WELDEN, SR.,<br><br>                Plaintiffs,<br><br>   v.<br><br>NOVA ORTHO-MED, INC.,<br><br>                Defendant. | Case No.  C11-2099RSL<br><br>ORDER AWARDING FEES |

This matter comes before the Court on the "Statement of Reasonable Expenses by Mark W. Conforti in Making Motion for Dispositive and Monetary Sanctions" (Dkt. # 54) and the "Declaration of Mark W. Conforti in Support of Statement of Reasonable Expenses in Making Motion for Dispositive and Monetary Sanctions" (Dkt. # 55). Having reviewed the pleadings, declarations, and exhibits submitted by the parties, the Court finds that Defendant's motion for dispositive and monetary sanctions should not have taken two attorneys a total of 39.4 hours to complete.  Although the hourly rates charged by counsel are reasonable, the Court finds that 20 hours (sixteen hours for drafting and four hours for review and the generation of a declaration) should have been adequate.  Counsel for Plaintiff shall therefore pay to Defendant $3,660 in fees (4 hours x $195/hour + 16 hours x $180/hour) within ten days of the date of this Order.

ORDER AWARDING FEES - 1

For all of the foregoing reasons, counsel for Plaintiff is directed to pay Defendant $3,660 within ten days of the date of this Order.

DATED this 27th day of November, 2012.

*[signature: MRT S Lasnik]*
Robert S. Lasnik
United States District Judge

ORDER AWARDING FEES - 2