UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAMES R. WELDEN, as personal representative for the estate of JAMES W. WELDEN, SR., and the estate of JAMES W. WELDEN, SR.,

    Plaintiffs,

v.

NOVA ORTHO-MED, INC.,

    Defendant.

Case No. C11-2099RSL

ORDER STRIKING MOTIONS FOR SUMMARY JUDGMENT AND SETTING STATUS CONFERENCE

This matter comes before the Court on Defendant's Motion for Summary Judgment (Dkt. # 42) and Plaintiff's Motion for Partial Summary Judgment (Dkt. # 44). On November 16, 2012, after the parties' motions for summary judgment were filed, the Court granted Defendant's motion for sanctions, extended the discovery cutoff for Defendant, and continued the dispositive motions deadline and the trial date three months. Dkt. # 52.

The Court, having reviewed the parties' motions for summary judgment, the supporting documents, and the remainder of the record, hereby STRIKES the pending motions for summary judgment (Dkt. # 42, 44). The parties are ORDERED to appear before the Court for a status conference on Thursday, January 10, 2013, at 10:00 a.m. The Court continues the dispositive motion deadline to January 11, 2013.

ORDER STRIKING MOTIONS - 1

1   DATED this 19th day of December, 2012.

3
                                    /s/ Robert S. Lasnik
4                                   Robert S. Lasnik
                                    United States District Judge

ORDER STRIKING MOTIONS - 2